| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2018
David J. Bradley, Clerk

Debra D. Hubbard, §
　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　§
versus　　　　　　§　　Civil Action H-17-17
　　　　　　　　　§
Ditech Financial, LLC, §
　　　　　　　　　§
　　　　Defendant. §

## Final Dismissal

This case is dismissed with prejudice. Debra D. Hubbard takes nothing from Ditech Financial, LLC. No claim exists that impedes Ditech's right to foreclose in August or any other month.

Signed on July 3, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge